JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-1237 AG (ANx) | Date | December 9, 2008 |
|---|---|---|---|
| Title | CHARLES M. FRYE v. EXCELSIOR COLLEGE, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] ORDER DISMISSING CASE FOR LACK OF JURISDICTION

On November 19, 2008, this Court ordered Plaintiff to show cause as to why this case should not be dismissed for lack of jurisdiction.

Plaintiff responded on December 1, 2008, by stating that "independently, irrespective of the Court Minute Order," Plaintiff prefers to withdraw the Complaint.

Given this Court's apparent lack of jurisdiction and Plaintiff's non-opposition to dismissal, the Court DISMISSES this case for lack of jurisdiction.

: 0

Initials of Preparer